**98–1589.   State v. Willingham.**

Clermont App. No. CA97–10–085.   On review of order certifying a conflict.   The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B).   See *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.   This cause is therefore dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1596.   State ex rel. Wilson v. Ghee.**

In Mandamus.   On answer of respondent.   Answer treated as motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1645.   Adams v. Money.**

In Habeas Corpus.   *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1725.   Nash v. Mack.**

In Habeas Corpus.   *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1731.   Bodnar v. Warren.**

In Habeas Corpus.   *Sua sponte,* cause dismissed.

MOYER, ·C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.   COOK, J., not participating.

**98–1749.   Harper v. Ohio Adult Parole Auth.**

In Habeas Corpus.   *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.